# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY SCOTT ADAMS,<br>        Petitioner,<br>  v.<br>A. GONZALES,<br>        Respondent. | NO. EDCV 14-2379-TJH (MAN)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: February 2, 2015

_____
TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE